

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-84,021-04

### EX PARTE LYDELL GRANT, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 1288802-C IN THE 351ST DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*. NEWELL, J., not participating.

### O R D E R

Applicant was convicted of murder and sentenced to life imprisonment. The First Court of Appeals affirmed his conviction. *Grant v. State*, No. 01-02-01173-CR (Tex. App.—Houston [1st Dist.] Apr. 1, 2014) (not designated for publication). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends, among other things, that he is actually innocent. *See Ex parte Elizondo*, 947 S.W.2d 202 (Tex. Crim. App. 1996). Applicant and the State jointly signed proposed findings of fact and conclusions of law. The trial court adopted these, concluded that Applicant established that he is actually innocent, and recommended that we grant him a new trial. We believe that the

record should be further developed. The trial court shall order the District Clerk to forward a copy of Jermarico Carter's videotaped interview with the Houston Police Department. The District Clerk shall forward the copy within thirty days from the date of this order. Any extensions of time must be requested by the trial court and obtained from this Court.

Filed: April 1, 2020

Do not publish